Lawrence Gottlieb, OSB No. 070869
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone: 206-292-9988
Facsimile: 206-343-7053
*Attorney for Contractors Bonding and Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, an Illinois company,<br><br>Plaintiff,<br><br>vs.<br><br>MYCHAL BUSH, an individual Oregon resident, and RED APPLE INN LLC, an Oregon limited liability company<br><br>Defendants. | NO. 18-cv-00765-PK<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

**IT IS SO STIPULATED.**

Page 1 – STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

1422856.docx/060619 1423/7647-0106

DATED this 6th day of June, 2019.

BETTS, PATTERSON & MINES, P.S.

By *s/ Lawrence Gottlieb*
Lawrence Gottlieb, OR No. 070869
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone: (503) 961-6338
Facsimile: (503) 961-6339
E-mail: lgottlieb@bpmlaw.com

*Attorney for Contractors Bonding and Insurance Company*

GOLDSTEINLAW, P.C.

By *s/ Daniel T. Goldstein*
Daniel T. Goldstein, OR No. 012629
GoldsteinLaw PC
12300 SE Mallard Way Ste 285
Milwaukie, OR 97222
Email: dan@goldsteinlaw.us

*Attorney for Defendant Red Apple Inn LLC*

Page 2 – STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and the document is available for viewing and downloading from the CM/ECF system. I also certify that the foregoing document is being served electronically via the Court's CM/ECF notice system upon the following counsel of record::

***Counsel for Defendant Red Apple Inn LLC***
Daniel T. Goldstein
GoldsteinLaw PC
12300 SE Mallard Way Ste 285
Milwaukie, OR 97222

DATED this 6th day of June 2019.

    *s/ Tatyana Stakhnyuk*
Tatyana Stakhnyuk, Legal Assistant