IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONTRACTORS BONDING AND
INSURANCE CO.,

Plaintiff(s),

v.

MYCHAL BUSH, et al.,

Defendant(s).

Civil No. 03:18-cv-00765-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulated Notice of Dismissal [19],

IT IS ORDERED that this action is DISMISSED with prejudice and without an award of

attorneys' fees or costs to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this ___7th___ day of June, 2019.

by _____
Jolie A. Russo
United States Magistrate Judge